UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 11-35054 |
| | ) | |
| BELL, JANET K., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on May 31, 2012 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: March 26, 2012         By:  /s/ Richard M. Fogel
                                          Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BELL, JANET K § Case No. 11-35054
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,530.02 |
| *and approved disbursements of* | $ 543.78 |
| *leaving a balance on hand of* [1] | $ 3,986.24 |
| **Balance on hand:** | $ 3,986.24 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,986.24 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,132.51 | 0.00 | 1,132.51 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,132.51 |
| Remaining balance: | $ 2,853.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 2,853.73 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,853.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,858.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,054.30 | 0.00 | 308.99 |
| 2 | FIA CARD SERVICES, N.A. | 21,632.35 | 0.00 | 664.81 |
| 3 | FIA CARD SERVICES, N.A. | 9,611.84 | 0.00 | 295.39 |
| 4 | FIA CARD SERVICES, N.A. | 17,738.99 | 0.00 | 545.16 |
| 5 | Chase Bank USA, N.A. | 2,597.09 | 0.00 | 79.81 |
| 6 | Chase Bank USA, N.A. | 11,648.90 | 0.00 | 357.99 |
| 7 | American Express Centurion Bank | 19,574.92 | 0.00 | 601.58 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,853.73 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-35054-JBS
Janet K Bell Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: bchavez      Page 1 of 2      Date Rcvd: Mar 27, 2012
                    Form ID: pdf006     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2012.
```
db          +Janet K Bell,    8125 S. Dorchester Ave,    Chicago, IL 60619-3435
aty         +David S Horwitch,    Shaw Gussis Fishman Glantz Wolfson et al,    321 N. Clark Street,    Suite 800,
              Chicago, IL 60654-4766
17723056     American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
18007904     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17723058    +Bank of America,    PO Box 982235,    El Paso, TX 79998-2235
17723059     Chase Bank,    PO Box 183166,    Columbus, OH 43218-3166
17969213     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17723060     Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
17723061    +Crown Mortgage,    6141 W. 95th Street,    Oak Lawn, IL 60453-2786
17937899     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17723057    +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Mar 28 2012 02:34:05     Aurora Bank,
              10350 Park Meadows Drive,    Lone Tree, CO 80124-6800
17723062     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 28 2012 02:50:15      Discover Financial,
              P.O. Box 15316,    Wilmington, DE 19850
17917376     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 28 2012 02:50:15      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                              TOTAL: 3
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2012**                          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Mar 27, 2012
                              Form ID: pdf006            Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2012 at the address(es) listed below:
              Christopher M Brown    on behalf of Creditor   Aurora Loan Services, Inc.
               northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
              Kathern M. Williams    on behalf of Debtor Janet Bell kathernwilliams@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M Fogel    rfogel@shawgussis.com,   IL72@ecfcbis.com
                                                                                            TOTAL: 4
```