**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BELL, JANET K                                    § Case No. 11-35054
                                                        §
                                                        §
                                                        §
Debtor(s)                                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $352,722.00 *(without deducting any secured claims)* | Assets Exempt: $42,660.00 |
| Total Distribution to Claimants: $2,853.73 | Claims Discharged Without Payment: $90,004.66 |
| Total Expenses of Administration: $1,676.29 | |

    3) Total gross receipts of $ 4,530.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,530.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $442,465.33 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,676.29 | 1,676.29 | 1,676.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 90,724.59 | 92,858.39 | 92,858.39 | 2,853.73 |
| **TOTAL DISBURSEMENTS** | $533,189.92 | $94,534.68 | $94,534.68 | $4,530.02 |

    4) This case was originally filed under Chapter 7 on August 28, 2011. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/02/2012     By: /s/RICHARD M. FOGEL
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 16505 Dixie Highway, Markham IL | 1122-000 | 4,530.00 |
| Interest Income | 1270-000 | 0.02 |
| **TOTAL GROSS RECEIPTS** | | **$4,530.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Aurora Bank | 4110-000 | 287,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Crown Mortgage | 4110-000 | 57,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 4110-000 | 98,465.33 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$442,465.33** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,132.51 | 1,132.51 | 1,132.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| ALLSTATE INDEMNITY COMPANY | 2420-750 | N/A | 465.66 | 465.66 | 465.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.12 | 3.12 | 3.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,676.29** | **$1,676.29** | **$1,676.29** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | 9,827.07 | 10,054.30 | 10,054.30 | 308.99 |
| 2 | FIA CARD SERVICES, N.A. | 7100-900 | 20,609.80 | 21,632.35 | 21,632.35 | 664.81 |
| 3 | FIA CARD SERVICES, N.A. | 7100-900 | 9,464.12 | 9,611.84 | 9,611.84 | 295.39 |
| 4 | FIA CARD SERVICES, N.A. | 7100-900 | 17,616.58 | 17,738.99 | 17,738.99 | 545.16 |
| 5 | Chase Bank USA, N.A. | 7100-900 | 2,597.09 | 2,597.09 | 2,597.09 | 79.81 |
| 6 | Chase Bank USA, N.A. | 7100-900 | 11,358.09 | 11,648.90 | 11,648.90 | 357.99 |
| 7 | American Express Centurion Bank | 7100-900 | 19,251.84 | 19,574.92 | 19,574.92 | 601.58 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$90,724.59** | **$92,858.39** | **$92,858.39** | **$2,853.73** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-35054  
**Case Name:** BELL, JANET K  

**Period Ending:** 07/02/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 08/28/11 (f)  
**§341(a) Meeting Date:** 09/26/11  
**Claims Bar Date:** 01/10/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 8125 S. Dorchester Ave, Chicago, IL<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 95,212.00 | 0.00 | DA | 0.00 | FA |
| 2 | 16505 Dixie Highway, Markham IL<br>   Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 55,000.00 | 50,500.00 | OA | 4,530.00 | FA |
| 3 | 712 W. Garfield Blvd, Chicago, IL<br>   Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account w/Chase Bank<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings Account w/Sun America One<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 479.00 | 0.00 | DA | 0.00 | FA |
| 6 | Used Household Furnishings<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | DA | 0.00 | FA |
| 7 | Used Clothing<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Mink Coat<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA w/ Sun America<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 19,981.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2009 Contract Dispute /Default Judgment<br>   Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2006 Dogde Stratus (150K miles) - paid in full<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.02 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-35054  
**Case Name:** BELL, JANET K  

**Period Ending:** 07/02/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 08/28/11 (f)  
**§341(a) Meeting Date:** 09/26/11  
**Claims Bar Date:** 01/10/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 12  Assets  Totals (Excluding unknown values) | $352,722.00 | $50,500.00 | | $4,530.02 | $0.00 |

RE PROP# 2    Trustee authorized to hire real estate broker on 11-1-11. Trustee authorized to abandon property on 3-28-12.  
RE PROP# 3    Stay modified 10-11-11  
RE PROP# 10   Judgment defendant out of business

**Major Activities Affecting Case Closing:**

Trustee has listed real estate for sale with MLS broker

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    March 23, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-35054  
**Case Name:** BELL, JANET K  
**Taxpayer ID #:** **-***5115  
**Period Ending:** 07/02/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/11 | {2} | JANET BELL | October rent- Markham property | 1122-000 | 957.00 | | 957.00 |
| 11/07/11 | {2} | JANET BELL | November rent- Markham | 1122-000 | 957.00 | | 1,914.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,889.00 |
| 12/06/11 | {2} | JANET BELL | December rent, less plumbing repairs- Markham | 1122-000 | 702.00 | | 2,591.00 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,591.01 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,566.01 |
| 01/09/12 | {2} | JANET BELL | January rent | 1122-000 | 957.00 | | 3,523.01 |
| 01/09/12 | | To Account #9200******2966 | Account Transfer- insurance premium | 9999-000 | | 465.66 | 3,057.35 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,057.36 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,032.36 |
| 02/06/12 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond Premium - 016026455 | 2300-000 | | 3.12 | 3,029.24 |
| 02/08/12 | {2} | JANET BELL | February rent | 1122-000 | 957.00 | | 3,986.24 |
| 05/31/12 | 1002 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,132.51, Trustee Compensation; Reference: | 2100-000 | | 1,132.51 | 2,853.73 |
| 05/31/12 | 1003 | Discover Bank | 3.07% dividend on Claim # 1, Ref: 4195 | 7100-900 | | 308.99 | 2,544.74 |
| 05/31/12 | 1004 | FIA CARD SERVICES, N.A. | 3.07% dividend on Claim # 2, Ref: XXXX-XXXX-XXXX-8465 | 7100-900 | | 664.81 | 1,879.93 |
| 05/31/12 | 1005 | FIA CARD SERVICES, N.A. | 3.07% dividend on Claim # 3, Ref: XXXX-XXXX-XXXX-6456 | 7100-900 | | 295.39 | 1,584.54 |
| 05/31/12 | 1006 | FIA CARD SERVICES, N.A. | 3.07% dividend on Claim # 4, Ref: XXXX-XXXX-XXXX-8299 | 7100-900 | | 545.16 | 1,039.38 |
| 05/31/12 | 1007 | Chase Bank USA, N.A. | 3.07% dividend on Claim # 5, Ref: XXXX-XXXX-XXXX-6620 | 7100-900 | | 79.81 | 959.57 |
| 05/31/12 | 1008 | Chase Bank USA, N.A. | 3.07% dividend on Claim # 6, Ref: XXXX-XXXX-XXXX-2881 | 7100-900 | | 357.99 | 601.58 |
| 05/31/12 | 1009 | American Express Centurion Bank | 3.07% dividend on Claim # 7, Ref: XX1002 | 7100-900 | | 601.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,530.02 | 4,530.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 465.66 | |
| | | | **Subtotal** | | 4,530.02 | 4,064.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,530.02** | **$4,064.36** | |

{} Asset reference(s)

Printed: 07/02/2012 07:07 AM    V.13.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-35054 | | Trustee: | RICHARD M. FOGEL (330720) |
| Case Name: | BELL, JANET K | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******29-66 - Checking Account |
| Taxpayer ID #: | **-***5115 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/02/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/12 | | From Account #9200******2965 | Account Transfer- insurance premium | 9999-000 | 465.66 | | 465.66 |
| 01/10/12 | 101 | ALLSTATE INDEMNITY COMPANY | Premium payment for policy 912 337 218 | 2420-750 | | 465.66 | 0.00 |
| | | | ACCOUNT TOTALS | | 465.66 | 465.66 | $0.00 |
| | | | Less: Bank Transfers | | 465.66 | 0.00 | |
| | | | Subtotal | | 0.00 | 465.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $465.66 | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| | Checking # 9200-******29-65 | 4,530.02 | 4,064.36 | 0.00 |
| | Checking # 9200-******29-66 | 0.00 | 465.66 | 0.00 |
| | | $4,530.02 | $4,530.02 | $0.00 |

{} Asset reference(s)     Printed: 07/02/2012 07:07 AM   V.13.02